# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### NORTHEASTERN DIVISION

MANUWAEL PAGE,                         ]
                                       ]
            Movant,                    ]
                                       ]
vs.                                    ]                    CR-97-LSC-RRA-0158-NE
                                       ]
                                       ]
UNITED STATES OF AMERICA,              ]
                                       ]
            Respondent.                ]

## MEMORANDUM OPINION

The magistrate judge entered a report and recommendation recommending that the movant's motion entitled "Leave to File a Motion Pursuant to Coram Nobis and Also Based upon Newly Discovered Evidence in [sic] Pursuant to Fed. Rules of Civil Proc. Rule 60(b)," be DENIED.  No objections have been filed.  The court has considered the entire file in this action, together with the report and recommendation, and has reached an independent conclusion that the report and recommendation is due to be adopted and approved.  Accordingly, the court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court.  The movant's motion for "Leave to File a Motion Pursuant to Coram Nobis and Also Based upon Newly Discovered Evidence in [sic] Pursuant to Fed. Rules of Civil Proc. Rule 60(b)" is due to be DENIED.  An appropriate order will be entered.

Done this 22nd day of May 2007.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
124153